UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

NOELANI PORCH,

                Plaintiff,

   -against-

WHOLE FOODS MARKET GROUP, INC,

                Defendant.

------------------------------------ X

ORDER

20 Civ. 1630 (GBD)

GEORGE B. DANIELS, District Judge:

    The August 20, 2020 initial conference is adjourned to December 3, 2020 at 9:30 a.m.

Dated: August 6, 2020
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE