UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NOELANI PORCH,

                       Plaintiff,

  -against-

WHOLE FOODS MARKET GROUP, INC.

                       Defendant.

------------------------------------------------------------------x

<u>ORDER</u>

20 Civ. ~~1560~~ 1630 (GBD)

GEORGE B. DANIELS, District Judge:

    The December 3, 2020 initial conference is cancelled. A status conference will be held on February 4, 2021 at 9:45 a.m.

Dated: November 24, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE